UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JASON HELFRICH, ON BEHALF OF PETER JASON HELFRICH TRUST, | No. 2:25-cv-00593-TLN-AC |
| Plaintiff, | **ORDER** |
| v. | |
| GARY CABLE, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 3, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days. (ECF No. 6.) Plaintiff has not filed objections to the findings and recommendations, but he did file a Motion for a Temporary Restraining Order (ECF No. 7) and a second motion to proceed in forma pauperis (ECF No. 8).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1

1. The findings and recommendations filed April 3, 2025, are ADOPTED IN FULL;
2. The Motion for a Temporary Restraining Order (ECF No. 7) and Motion to Proceed In Forma Pauperis (ECF No. 8) are DENIED as MOOT; and
3. The operative complaint (ECF No. 5) is DISMISSED and that this case be closed.

IT IS SO ORDERED.

Date: May 15, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2